ANTHONY L. JORDAN HEALTH CORPORATION, Doing Business as ANTHONY L. JORDAN HEALTH CENTER, Respondent, v DAVID AXELROD, as Commissioner of the Department of Health of the State of New York, et al., Appellants.—

Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.